JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINO JIMENEZ and CLEMENTINA JIMENEZ,<br><br>          Plaintiffs,<br><br>   v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>          Defendant. | No. 2:22-cv-05769-SVW-GJSX<br><br>ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO STIPULATION |

IT IS HEREBY ORDERED that pursuant to counsels' stipulation, this action is dismissed in its entirety, with prejudice.

Dated: December 29, 2022

_____
Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
N:\W\TMC\SF\1132 Jimenez (BF)\Federal Court\[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE [PDF WITH STIP] doc